**Opinion issued January 28, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00804-CV

———————————

**ISMAEL RICO, MARIA RICO, JORGE DUENAS, AND ISABEL CONTRERAS A/K/A ISABEL DUENAS, Appellants**

**V.**

**HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 540, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1158646**

---

## MEMORANDUM OPINION

Appellants Ismael Rico, Maria Rico, Jorge Duenas, and Isabel Contreras a/k/a Isabel Duenas filed a letter explaining that their appeal, which they filed pursuant to section 21.018 of the Texas Property Code, should have been filed in

Harris County Court at Law No. 2. We construe the letter as a motion to dismiss this appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Although the motion does not include a certificate of conference, more than ten days have passed since its filing, and no party filed an opposition. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Rivas-Molloy.